UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAF-LAND, L.L.C. | * | CIVIL ACTION NO. 15-CV-588 |
| VERSUS | * | JUDGE JAMES J. BRADY |
| SUNBELT CHEMICALS CORP. and AIG SPECIALTY INSURANCE COMPANY | * | MAG. JUDGE ERIN WILDER-DOOMES |

* * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motions (docs. 22, 23 and 24):

**IT IS HEREBY ORDERED** that said motions be GRANTED to the extent the motion for summary judgment (doc. 17) be DISMISSED from the court's docket reserving the mover's right to re-notice the motion following discovery on the relevant issues.

Signed in Baton Rouge, Louisiana, on June 28, 2016.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**