UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAF-LAND, L.L.C. | * | CIVIL ACTION NO. 15-CV-588 |
| | * | |
| VERSUS | * | JUDGE JAMES J. BRADY |
| | * | |
| SUNBELT CHEMICALS CORP. and AIG SPECIALTY INSURANCE COMPANY | * * * | MAG. JUDGE ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL ASIC'S DISCOVERY RESPONSES

Defendant Sunbelt Chemicals Corporation moves the Court to compel discovery responses from co-defendant AIG Specialty Insurance Company ("ASIC"). The Court should grant this motion for the reasons set forth in the attached memorandum in support. Per Fed. R. Civ. P. 37(a)(1), undersigned counsel for Sunbelt certifies that he has conferred in good faith with counsel for ASIC but the parties were unable to resolve this discovery dispute.

**WHEREFORE**, Sunbelt prays that the Court grant this motion and compel ASIC's full and complete responses to Sunbelt's discovery requests.

Respectfully submitted,

/s/   Sean P. Brady
Harold J. Flanagan (#24091)
Sean P. Brady (#30410)
Andy J. Dupre (#32437)
Anders F. Holmgren (#34597)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251

Attorneys for Sunbelt Chemicals Corp.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served upon all counsel of record this 24th day of October, 2016, by e-filing it into the CM/ECF system, which will automatically deliver a copy to all counsel.

                                /s/   Sean P. Brady