# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAF-LAND, L.L.C.** | * | **CIVIL ACTION NO. 15-CV-588** |
| **VERSUS** | * | **JUDGE JAMES J. BRADY** |
| **SUNBELT CHEMICALS CORP. and AIG SPECIALTY INSURANCE COMPANY** | * | **MAG. JUDGE ERIN WILDER-DOOMES** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## EXHIBIT D TO SUNBELT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

# FILED UNDER SEAL