UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAF-LAND, L.L.C.** | \* | **C.A. NO. 3:15-CV-00588-JJB-EWD** |
| | \* | |
| Plaintiff | \* | |
| | \* | **JUDGE:  JAMES BRADY** |
| **VERSUS** | \* | |
| | \* | |
| **SUNBELT CHEMICALS CORP. AND** | \* | **MAGISTRATE JUDGE:** |
| **AIG SPECIALTY INSURANCE** | \* | **ERIN WILDER-DOOMES** |
| **COMPANY** | \* | |
| | \* | |
| Defendants | \* | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT
ON SHAF-LAND'S MEMORANDUM IN OPPOSITION
TO ASIC'S MOTION FOR SUMMARY JUDGMENT AND
ASIC'S ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING WELLS FARGO'S LACK OF AUTHORITY**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, SHAF-LAND, L.L.C. ("SHAF-LAND"), who requests leave to file a memorandum in opposition to AIG Specialty Insurance Company's ("ASIC") Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment Regarding Wells Fargo's Lack of Authority in excess of the page limits for the following reasons, *to wit:*

1.

The memorandum involves complex issues of fact, encompassing the interplay of multiple insurance policies and provisions, as well as a multifaceted discovery dispute regarding central issues, which require extensive briefing to fully cover the issues for the Court's review.

2.

SHAF-LAND is opposing dual motions for summary judgment filed by ASIC, containing overlapping issues, in one memorandum in opposition in an effort to make efficient use of this Court's time and resources.

3.

SHAF-LAND believes that the additional pages will assist the Court in resolving the Motion.

4.

SHAF-LAND asserts that it will need to exceed the maximum page limit provided by Local Civil Rule 7, and accordingly requests leave to file in excess thereof for SHAF-LAND's Memorandum in Opposition to ASIC's Motion for Summary Judgment and ASIC's Alternative Motion for Partial Summary Judgment Regarding Wells Fargo's Lack of Authority.

WHEREFORE, Plaintiff, SHAF-LAND, L.L.C. prays that this Honorable Court issue an Order granting it leave to file a memorandum in excess of permissible page limits for SHAF-LAND's Memorandum in Opposition to ASIC's Motion for Summary Judgment and ASIC's Alternative Motion for Partial Summary Judgment Regarding Wells Fargo's Lack of Authority.

Respectfully submitted,

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

By  s/Phillip E. Foco

Phillip E. Foco, #25670
Anthony J. Lascaro, #32546
Patrick H. Hunt, #34599
Colin P. O'Rourke, #37252
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
phillip.foco@bblawla.com
anthony.lascaro@bblawla.com
patrick.hunt@bblawla.com
colin.orourke@bblawla.com

*Attorneys for SHAF-LAND, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 15th of May, 2017.

                    s/Phillip E. Foco
                    Phillip E. Foco

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAF-LAND, L.L.C.** | * | **C.A. NO. 3:15-CV-00588-JJB-EWD** |
| **Plaintiff** | * | |
| | * | **JUDGE: JAMES BRADY** |
| **VERSUS** | * | |
| **SUNBELT CHEMICALS CORP. AND AIG SPECIALTY INSURANCE COMPANY** | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |
| **Defendants** | * | |

## ORDER

Considering the foregoing *ex parte* motion and incorporated memorandum to exceed page limits filed by SHAF-LAND, L.L.C.;

It is hereby ordered that the motion is **GRANTED.** SHAF-LAND's Memorandum in Opposition to ASIC's Motion for Summary Judgment and ASIC's Alternative Motion for Partial Summary Judgment Regarding Wells Fargo's Lack of Authority (and exhibits) shall be filed into the record.

Signed in Baton Rouge, Louisiana on _____, 2017.

_____
Judge James J. Brady
United States District Court
Middle District of Louisiana